1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 | ANDREW J. PRIZLER, individually and on behalf of all others similarly situated, | CASE NO. 2:12-cv-06016-SVW-RZ

12

Plaintiffs,

**ORDER APPROVING STIPULATION FOR AN ORDER**

13

vs.

**LIMITING THE CLASS PERIOD FOR ALL PURPOSES AND**

14

AT&T MOBILITY SERVICES, INC., and

**ELIMINATING PURSUIT OF RELIEF PURSUANT TO CAL.**

15 | DOES 1 - 50, inclusive, | **LABOR CODE §§ 1194.2 AND 1197.1**

16

Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER APPROVING STIPULATION FOR AN ORDER LIMITING THE CLASS PERIOD FOR ALL PURPOSES AND ELIMINATING PURSUIT OF RELIEF PURSUANT TO CAL. LABOR CODE §§ 1194.2 AND 1197.1**

1    Having reviewed and considered the Stipulation For An Order Limiting The
2 Class Period For All Purposes And Eliminating Pursuit Of Relief Pursuant To Cal.
3 Labor Code §§ 1194.2 And 1197.1 presented by Plaintiff Andrew J. Prizler
4 ("Plaintiff") and Defendant AT&T Mobility Services, LLC ("AT&T") (collectively,
5 the "Parties"), and good cause appearing for the same, IT IS HEREBY ORDERED
6 that:

7

8    (1)    The Class Period in the Complaint shall and hereby is limited for
9 Plaintiff and the Proposed Class to claims arising on or after October 19, 2010;

10

11    (2)    Plaintiff is not seeking and will not seek to recover, on an individual or
12 class basis, liquidated damages and statutory penalties pursuant to Cal. Labor Code
13 §§ 1194.2 and 1197.1, including any civil PAGA penalties for "minimum wage"
14 violations based thereon, but Plaintiff and the Proposed Class retain their right to
15 pursue other claims as allowed under the PAGA; and

16

17    (3)    The Parties do not waive and expressly reserve all claims, defenses and
18 positions in this action, including without limitation as to the Complaint and the
19 scheduling of proceedings.

20

21    IT IS SO ORDERED.

22

23 Dated: August 27, 2012    _____
24                          HONORABLE STEPHEN V. WILSON
25                          UNITED STATES DISTRICT JUDGE

26

27

28
                          1
**ORDER APPROVING STIPULATION FOR AN ORDER LIMITING THE CLASS PERIOD FOR ALL PURPOSES AND ELIMINATING PURSUIT OF RELIEF PURSUANT TO CAL. LABOR CODE §§ 1194.2 AND 1197.1**