FILED
CLERK, U.S. DISTRICT COURT

MAR 6, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1  MATTHEW RIGHETTI State Bar No. 121012
   JOHN GLUGOSKI State Bar No. 191551
2  MICHAEL RIGHETTI State Bar No. 258541
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, CA 94101
4  Telephone: (415) 983-0900 / Facsimile: (415) 397-9005
   Email:      matt@righettilaw.com

5
6  Attorneys for Plaintiff,
   ANDREW J. PRIZLER
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11
   ANDREW J. PRIZLER, individually and    )  CASE NO.: 2:12-cv-06016-SVW-RZ
12 on behalf of all others similarly situated,  )
                                            )
13                                          )
                  Plaintiffs,               )  Judge:    Hon. Stephen V. Wilson
14                                          )
                                            )
15 vs.                                      )
                                            )  [PROPOSED] ORDER GRANTING
16 AT&T MOBILITY SERVICES, INC., and )        PRELIMINARY APPROVAL OF
17 DOES 1 through 50 inclusive,             )  SETTLEMENT
                                            )
18                Defendants.               )  Date:  January 13, 2014
                                            )  Time:  1:30 p.m.
19                                          )  Courtroom: 6, Second Floor
                                            )
20                                          )
                                            )
21 _____/

22

23

24

25

26

27

28

On January 13, 2014, the parties appeared through their respective counsel at 1:30 p.m. in the above captioned Court for an order preliminarily approving a settlement in accordance with a Stipulation and Settlement of Class Action Claims (the "Stipulation" or "Settlement"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement and dismissal of the case with prejudice upon the terms and conditions set forth therein; and the Court having read and considered the Stipulation and the exhibits annexed thereto;

NOW, THEREFORE, IT IS HEREBY ORDERED:

This Order incorporates by reference the definitions in the Stipulation, and all terms defined therein shall have the same meaning in this Order as set forth in the Stipulation. The Court hereby conditionally certifies the Class for settlement purposes only.  The Class is defined as:  All current and former employees of AT&T Mobility Services, LLC (herein "AT&T") who worked as Retail Sales Consultants at any time from October 19, 2010 through October 27, 2012 **and** who worked overtime in any workweek during this time period **and** earned commissions attributable to any workweek in which they worked overtime during this time period.  Should for whatever reason the Settlement not become final, the fact that the Parties were willing to stipulate to class certification as part of the Settlement shall have no bearing on, nor be admissible in connection with, the issue of whether of a class should be certified in a non-settlement context.

Named Plaintiff Andrew Prizler ("Named Plaintiff") is hereby appointed and designated, for all purposes, as the representative of the Class, and the following attorneys are hereby appointed and designated as counsel for the Named Plaintiffs and the Class ("Class Counsel"):

Matthew Righetti
John Glugoski
Michael C. Righetti
Righetti · Glugoski, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel. 415-983-0900
Fax. 415-397-9005

Class Counsel is authorized to act on behalf of Class Members with respect to all acts or consents required by, or which may be given pursuant to, the Settlement, and such other acts reasonably necessary to consummate the Settlement. Any Class Member may enter an appearance through counsel of such Class Member's own choosing and at such Class Member's own expense. Any Class Member who does not opt-out, enter an appearance through separate counsel, or appear on his or her own will be represented by Class Counsel.

The Court hereby preliminarily approves the Stipulation and the settlement contained, except for the following:

- The Court preliminarily approves a proposed attorneys' fee award of twenty-five (25%) percent of five million ($5,000,000.00) dollars, (i.e., one

million two hundred fifty thousand ($1,250,000.00) dollars), and the Notice to the Class and Claim Form shall so reflect; and

- The California Labor Workforce Development Agency shall be provided with notice of the proposed settlement and be permitted an opportunity to object to the Stipulation consistent with Paragraph 54 of the Stipulation.

With the two exceptions identified above, the Court otherwise finds on a preliminary basis that the Stipulation appears to be within the range of reasonableness of a settlement that could ultimately be given final approval by this Court. The Court has reviewed the monetary recovery that is being granted as part of the Settlement and recognizes the significant value to the Class of that monetary recovery. It appears to the Court on a preliminary basis that the settlement amount is fair, adequate and reasonable as to all potential Class Members when balanced against the probable outcome of further litigation relating to liability and damages issues. It further appears that extensive and costly investigation and research have been conducted such that the counsel for the Parties are able to reasonably evaluate their respective positions. It further appears to the Court that settlement at this time will avoid substantial additional costs by all Parties, as well as avoid the delay and risks that would be presented by the further prosecution of the

case.  It further appears that the Settlement has been reached as the result of intensive, serious, and non-collusive arms-length negotiations.

A final approval hearing (the "Settlement Hearing") shall be held before this Court on ⎯August 11, 2014⎯, at ⎯1:30 a⎯.m. before the Honorable Stephen V. Wilson at the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, CA 90012, to determine all necessary matters concerning the Settlement, including:  whether the proposed settlement of the case is fair, adequate and reasonable and should be finally approved by the Court; whether a Judgment, as provided in the Stipulation, should be entered herein; whether the plan of allocation contained in the Stipulation should be approved as fair, adequate and reasonable to the Class Members; and to finally approve Class Counsel's fee and cost requests, the Named Plaintiff's incentive award request, and the claims administration expenses.

With the revisions identified above, the Court approves, as to form and content, the Notice and Claim Form attached as Exhibits A and B to the Stipulation.  The Court finds that the content and distribution of the Notice and Claim Form substantially in the manner and form set forth in the Stipulation and this Order meets the requirements of due process, is the best

notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

The Court hereby appoints Gilardi and Company, 3301 Kerner Blvd, San Rafael, CA 94901, as Claims Administrator and hereby directs the Claims Administrator to mail or cause to be mailed to Class Members the Notice and Claim Form using the procedures set forth in the Stipulation. Plaintiffs who wish to participate in the settlement provided for by the Stipulation ("Settlement Class Members") must complete and return the Claim Form pursuant to the instructions contained therein within the time period provided for in the Stipulation.

Any Class Member may choose to opt out of and be excluded from the Class as provided in the Notice by following the instructions for requesting exclusion from the Class that are set forth in the Stipulation and Notice. Any written request to opt out must be signed by each such person opting out.

Any Class Member or the California Labor and Workforce Development Agency (LWDA) may appear at the Settlement Hearing and may object or express the Class Member's or LWDA's views regarding the Settlement, and may present evidence and file briefs or other papers that may be proper and relevant to the issues to be heard and determined by the

Court as provided in the Notice.  Upon filing any papers and/or briefs with the Court, Class Members or the LWDA shall timely serve by hand or by first class mail such papers and/or briefs in support of their position, and verification of their membership in the Class upon: (1) Righetti Glugoski, P.C., Attn:  Matthew Righetti, 456 Montgomery Street, Suite 1400, San Francisco, CA 94104 and (2) McGuire Woods, LLP, Attn.:  Michael D. Mandel, 1800 Century Park East. 8th Floor, Los Angeles, CA 90067.

All papers filed by any person or party in opposition to or support of the Settlement shall be filed with the Court and served on all of the Parties' Counsel no later than fifteen (15) Court days before the Settlement Hearing.

To the extent permitted by law, pending final determination as to whether the proposed settlement should be approved, the Named Plaintiff, whether directly, representatively, or in any other capacity, shall not institute or prosecute any Released Claims against the Released Parties.

As of the date this Order is signed, all dates and deadlines associated with the case shall be stayed, other than those related to the administration of the Settlement of the case.

In the event the Settlement does not become effective in accordance with the terms of the Stipulation, or the Settlement is not finally approved, or is terminated, canceled or fails to become effective then the Parties shall

[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT

revert to their respective positions existing immediately prior to the date they entered into the Stipulation.

The Court reserves the right to adjourn or continue the date of the Settlement Hearing and all dates provided for in the Stipulation without further notice to Class Members, and retains jurisdiction to consider all further applications arising out of or connected with the proposed Settlement.

Dated: March 6, 2014

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA