**RIGHETTI GLUGOSKI P.C.**
Matthew Righetti, Esq.   (SBN 121012)
    Email: matt@righettilaw.com
John Glugoski, Esq. (SBN 191551)
    Email: jglugoski@righettilaw.com
Michael Righetti, Esq. (SBN 258541)
    Email: mike@righettilaw.com
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:   (415) 983-0900
Facsimile:   (415) 397-9005

Attorneys for Plaintiff
ANDREW PRIZLER


**MCGUIREWOODS LLP**
Matthew C. Kane, Esq.   (SBN 171829)
    Email: mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
    Email: mmandel@mcguirewoods.com
Sabrina A. Beldner, Esq. (SBN 221918)
    Email: sbeldner@mcguirewoods.com
Christopher A. Killens, Esq. (SBN 254466)
    Email: ckillens@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendant
AT&T MOBILITY SERVICES, LLC

FILED
CLERK, U.S. DISTRICT COURT
JUL 7, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. PRIZLER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T MOBILITY SERVICES, INC., and DOES 1 - 50, inclusive, <br><br> Defendants. | CASE NO. 2:12-cv-06016-SVW-RZ <br><br> **[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING AND CORRESPONDING DATES AND DEADLINES** |

58212630.1

**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING AND ALL CORRESPONDING DATES AND DEADLINES**

# [PROPOSED] ORDER

Having reviewed and considered the parties' Stipulation to Continue Final Approval Hearing and All Corresponding Dates and Deadlines, and good cause appearing for the same, IT IS HEREBY ORDERED as follows:

1. The Final Approval Hearing in this action shall be and hereby is continued from August 11, 2014 to September 15, 2014 at 1:30 p.m.; and

2. The deadline for filing any papers in opposition to or support of the settlement shall be no later than 15 court days before the continued date for the Final Approval Hearing, or to a date thereafter as set by the Court.

IT IS SO ORDERED.

DATE: July 7, 2014

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

58212630.1

1

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING AND ALL CORRESPONDING DATES AND DEADLINES